THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

SHAWN A. SAUNDERS, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: The record shows that, as part of his plea bargain, defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Moissett,* 76 NY2d 909; *People v Derby,* 168 AD2d 969, *lv denied* 77 NY2d 905). Defendant has raised no "categories of * * * claims" that survive such waiver *(People v Callahan,* 80 NY2d 273, 280). Were we to review the merits, we would nevertheless affirm. (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Attempted Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.